**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Kim Darrell Warner v. The State of Texas

Appellate case number:      01-10-00065-CR

Trial court case number:    1189161

Trial court:                174th District Court of Harris County, Texas

      A supplemental clerk's record and reporter's record complying with our Order of Abatement have been filed with this Court. Therefore, we order the appeal **reinstated**.

      Appellant's brief is due 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief is due 30 days from the date appellant's brief is filed. *See id.* 38.6(b). Due to the previous delays in this appeal, no extensions will be granted absent extraordinary circumstances. *See id.* 38.6(d).

      It is so ORDERED.

Judge's signature: /s/ Judge Rebeca Huddle
        ☑ Acting individually     ☐ Acting for the Court

Date: July 30, 2012